UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| QUINTON ARNOLD,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>UNITY MORTGAGE CORP.,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:10-cv-479-WSD |

## J U D G M E N T

This action having come before the court, Honorable William S. Duffey, United States District Judge, for consideration of Plaintiff's Motion to Stay Foreclosure, and the court having denied said motion, it is

**Ordered and Adjudged** that the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 11th day of March, 2010.

　　　　　　　　　　　　　　　　　　　　JAMES N. HATTEN
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　*/s/ K. Thornton*
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
　March 11, 2010
James N. Hatten
Clerk of Court

By:*/s/ K. Thornton*
　　　　Deputy Clerk